**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Trisha Christina Sweatt and Anthony Michael Henle,
Defendants,

v.

Ralph and Kelly George, Intervenors,

Of whom Trisha Christina Sweatt is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2020-001004

———————

Appeal From York County
Jessica Ann Salvini, Family Court Judge

———————

Unpublished Opinion No. 2021-UP-187
Submitted April 23, 2021 – Filed May 24, 2021

———————

**AFFIRMED**

———————

Kimberly Yancey Brooks, of Kimberly Y. Brooks,
Attorney at Law, of Greenville, for Appellant.

Christopher Craig Jackson, of Chris Jackson Law Firm LLC, of Mauldin, for Respondents.

Rebecca T. McNerney, of Waxhaw, North Carolina, for the Guardian ad Litem.

**PER CURIAM**: Trisha Christina Sweatt appeals the family court's final order terminating her parental rights to her minor child. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2020).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Sweatt's counsel.

**AFFIRMED.**[1]

**KONDUROS, GEATHERS, and MCDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.